UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 13-10024-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT ALLEN CHRISTIANSEN,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant Robert Allen Christiansen's Motion To Suppress Physical Evidence **(D.E.#20)**, filed on September 6, 2013.

**THE MATTER** was referred to United States Magistrate Judge Lurana S. Snow, and accordingly, the Magistrate Judge conducted an evidentiary hearing on October 25, 2013. A Report and Recommendation was filed on November 5, 2013, recommending that Defendant's Motion to Suppress Physical Evidence be **denied.**

The parties were afforded the opportunity to file written objections within fourteen (14) days upon receipt of the Magistrate's Report and Recommendation, and the record reveals that objections were filed by Defendant's Counsel and the Defendant and noted by this Court. After a *de novo* review of the Record and Magistrate Snow's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lurana S. Snow's Report and Recommendation of November 5, 2013 is hereby **ADOPTED AND APPROVED** in its entirety. Defendant's Motion to Suppress Physical Evidence (DE 20) is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of November, 2013.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
U.S. Magistrate Judge Snow
All Counsel Of Record